```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
AMITY DIGITAL LLC,                                             :
                                   Plaintiff,                  :
                                                               :
              -against-                                        :     23-CV-11044 (VSB)
                                                               :
HELIX DIGITAL INC., and JAMES WALTZ,                           :          ORDER
                                                               :
                                   Defendants.                 :
                                                               :
---------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiffs filed this action on December 20, 2023, (Doc. 1), and filed affidavits of service on January 4, 2024, (Doc. 5). The deadline for Defendants to respond was January 17, 2024. To date, neither Defendant has appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 25, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 19, 2024
             New York, New York

                                                                   _____
                                                                    VERNON S. BRODERICK
                                                                    United States District Judge