UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                :
AMITY DIGITAL LLC,                                  :
                Plaintiff,  :
                :
       -against-         :        23-CV-11044 (VSB)
                :
HELIX DIGITAL INC., and JAMES WALTZ,   :        **DEFAULT JUDGMENT**
                :
             Defendants.  :
                :
---------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In accordance with my comments at the Order to Show Cause hearing on February 29, 2024, it is hereby:

       ORDERED that default judgment as to liability is entered in favor of Amity Digital LLC ("Amity Digital") and against Helix Digital Inc. ("Helix Digital").

       IT IS FURTHER ORDERED that, by March 15, 2024, Amity Digital shall submit a letter stating whether, and if so under what authority, it continues to seek default judgment against James Waltz in light of his appearance at the Order to Show Cause hearing.

       IT IS FURTHER ORDERED that the parties shall meet and confer, by March 15, 2024, to determine whether a stipulation of judgment regarding Helix Digital's liability can be reached. The above-referenced letter shall include an update to the Court regarding the progress of those discussions.

SO ORDERED.

Dated:    March 1, 2024
            New York, New York

                                                  _____
                                                  VERNON S. BRODERICK
                                                  United States District Judge