```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMITY DIGITAL LLC,                                          :
                                  Plaintiff,                :
                                                            :
               -against-                                    :   23-CV-11044 (VSB)
                                                            :
HELIX DIGITAL INC., and JAMES WALTZ,                        :   ORDER
                                                            :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Plaintiff Amity Digital LLC's letter, dated March 14, 2024, providing me with an update regarding Defendant James Waltz's failure to comply with my prior Order, dated March 1, 2024, directing the parties to "meet and confer . . . to determine whether a stipulation of judgment regarding Helix Digital's liability can be reached." (Docs. 20–21.) Moreover, Mr. Waltz has failed to comply with my instruction, provided at the Order to Show Cause hearing on February 29, 2024, to contact the Court's Pro Se Office and formalize his appearance on the docket. Accordingly, it is hereby:

       ORDERED that Mr. Waltz shall contact the Court's Pro Se Office, by April 1, 2024, to file his appearance on the docket. If Mr. Waltz fails to comply with this Order, I may enter default judgment against him. Plaintiff is directed to file a status update on April 3, 2024 proposing next steps in this case.

       Plaintiff is directed to serve a copy of this Order on Mr. Waltz by March 20, 2024 and to file proof of service on the docket by March 22, 2024.

SO ORDERED.

Dated:    March 17, 2024
             New York, New York

                                                           VERNON S. BRODERICK
                                                            United States District Judge