UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                              :

AMITY DIGITAL LLC,                  :

                      :

              Plaintiffs,        :                     23-cv-11044 (LTS) (OTW)

                      :

              -against-        :                     __SCHEDULING ORDER__

                      :

HELIX DIGITAL INC., et al.,      :

                      :

              Defendants.     :

----------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, July 02, 2026 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Plaintiff and Defendant Waltz ("Waltz") are directed to meet and confer in advance of the conference and submit a jointly filed case management plan no later than **Friday, June 26, 2026**. Parties are **ORDERED** to refer to my individual practices ([https://nysd.uscourts.gov/hon-ona-t-wang](https://nysd.uscourts.gov/hon-ona-t-wang)) section IV(a) for filing a case management plan in *pro se* cases. If Plaintiff cannot reach Waltz in order to confer on the case management plan, Plaintiff is directed to file a letter on the docket by **Thursday, June 25, 2026**, so informing the Court and also detailing all the methods by which Waltz was notified, and describing any communications counsel may have had with Waltz about his defense of this case. **Defendant Waltz is reminded that his appearance at this conference is REQUIRED, even if he has retained counsel and counsel has filed a notice of appearance.**

Plaintiff is directed to serve a copy of this Order on Defendant Waltz and file proof of such service on the docket. The Court notes that although Waltz requested service by email at

1

an email address that has remained unchanged since 2024, the docket is not clear whether

Waltz has *consented* to electronic service by ECF. (See ECF 36).

Plaintiff has also filed a "Motion to Compel" at ECF 70, which the Court will construe as

a motion to compel Waltz to comply with discovery demands that were served on or around

August 4, 2025. **That request is GRANTED:** Defendant Waltz shall serve his responses and

objections to Plaintiff's discovery requests no later than June 26. If Waltz needs a courtesy copy

of those discovery requests, he must request a courtesy copy from Plaintiff in time for him to

comply with this June 26 deadline.

If Plaintiff's "Motion to Compel" also seeks a finding of default, that request is moot in

light of the Amended Report and Recommendation issued earlier today.

The Clerk of the Court is respectfully directed to serve a copy of this Order on Defendant

Waltz at the address(es) he has designated for service. The Clerk of the Court is also respectfully

directed to close ECF 70.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: May 28, 2026                                         **Ona T. Wang**
       New York, New York                        United States Magistrate Judge

2