UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

AMITY DIGITAL, LLC,

        Plaintiff,

  -v-                                  No.  23-CV-11044-LTS-OTW

HELIX DIGITAL INC. and JAMES WALTZ,

        Defendants.

--------------------------------------------------------x


<u>ORDER</u>

On May 28, 2026, Magistrate Judge Ona T. Wang issued a Scheduling Order directing Mr. Waltz to (i) meet and confer and submit a joint case management plan by June 26, 2026; (ii) comply with Plaintiff's discovery demands by June 26, 2026; and (iii) appear for a status conference before Judge Wang on July 2, 2026.  (Docket entry no. 78 ("Scheduling Order") at 1-2.)

Mr. Waltz has failed to appear or show cause when directed to do so on numerous occasions.  (<u>See</u> docket entry nos. 17, 33, 55, 77, 81.)  As Judge Wang noted, the opportunities she extended to him in the Scheduling Order constitute his <u>last chance</u> to defend this case before entry of default.  (Docket entry no. 77 (the "Amended Report & Recommendation") at 6.)  Accordingly, **unless** Mr. Waltz meets and confers with Plaintiff and complies with Plaintiff's outstanding discovery requests by June 26, 2026, and appears before the Court on July 2, 2026, **he will be held liable to Plaintiff by default and judgment will be entered against him**.  Chambers will mail the Amended Report and Recommendation (docket entry no. 77), the Scheduling Order (docket entry no. 78), the Order Adopting the Amended Report and

Recommendation (docket entry no. 81), and this Order (docket entry no. 82) to Mr. Waltz at the

address he last supplied to the Court: 78 Heights Terrace, Fair Haven, New Jersey, 07704.

Chambers will also email the above orders to Mr. Waltz at jimwaltz@gmail.com.


SO ORDERED.

Dated: New York, New York
         June 18, 2026


                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge



**Mail to:**
James Waltz
78 Heights Terrace
Fair Haven, New Jersey, 07704