**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

AMITY DIGITAL LLC,

              Plaintiffs,

              -against-

HELIX DIGITAL INC., et al.,

              Defendants.

---------------------------------------------------------------x

23-cv-11044 (LTS) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Mr. Waltz's letter to the Court at ECF 84, and Plaintiff's letter at ECF 83.

Mr. Waltz, appearing *pro se*, is seeking a three-week extension to the schedule set by Chief Judge Swain and me to respond to file a joint 26(f) report, respond to Plaintiff's outstanding discovery requests, and seeks an extension to prepare for his appearance before the Court. (ECF Nos. 78, 82). Mr. Waltz is **required** to appear at the July 2, 2026, status conference before me. To accommodate the hardships Mr. Waltz describes in his letter, Mr. Waltz may appear by telephone on July 2.

Mr. Waltz is directed to make himself available via telephone and shall make arrangements to have reliable phone service from 9:45 AM and ending around 11:00 AM on Thursday, July 2, 2026.[1] Between approximately 9:45 AM and 10:00 AM, the Court will call Mr. Waltz at (310) 625-5495, the number indicated on Waltz's letter at ECF 84. If Mr. Waltz wishes

---

[1] Waltz states in his letter at ECF 84 that he is "in a rural area of Maine assisting with funeral arrangements, estate matters, and family obligations," and that the area "has limited and, at times, nonexistent cellular and internet service." (ECF 84 at 1).

to be reached at another number, he must file a letter on the docket no later than **Wednesday, July 1 at 5:00 PM,** indicating the best number to reach him. If he does not file a letter by July 1 at 5:00 PM, the Court will assume the (310) 625-5495 number provided by Mr. Waltz is the appropriate number to call.

Plaintiff is directed to email Mr. Waltz a copy of this Order at jimwaltz@gmail.com, the email address listed on the docket and in ECF 84.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: June 30, 2026                                **Ona T. Wang**
       New York, New York              United States Magistrate Judge