**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMITY DIGITAL LLC,<br>Plaintiffs,<br>-against-<br>JAMES WALTZ, et al.,<br>Defendants. | 23-cv-11044 (LTS) (OTW)<br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The Court held an in-person status conference in this matter on Thursday, July 2, 2026. Counsel for Plaintiff appeared in person. Defendant, appearing *pro se*, attended via telephone. As **ORDERED** at the conference:

1. Parties are directed to meet and confer and file a joint proposed 26(f) Report by **Friday, July 10, 2026**. If no 26(f) Report is filed, parties may write in separately by July 13, explaining why the July 10 deadline was not met.
2. **Defendant is warned that failure to participate and assist in timely filing the 26(f) Report may subject Defendant to further sanctions under Fed. R. Civ. P 16, 37, and the Court's inherent authority. Such sanctions may be monetary and/or may result in another recommendation that a default be entered.**
3. The Court will hold a preliminary settlement conference call on **Tuesday, July 28, 2026, at 3:00 PM**. Plaintiff's counsel is directed to call Chambers at 212-805-0260 when all parties are on the line.

Plaintiff is directed to serve a copy of this Order and the July 2 transcript on Defendant and file proof of service on the docket.

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: July 2, 2026
New York, New York