**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

AMITY DIGITAL LLC,

Plaintiffs,

-against-

JAMES WALTZ, et al.,

Defendants.

----------------------------------------------------------x

23-cv-11044 (LTS) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' jointly filed 26(f) report in which the parties indicated that they "consent to a trial before a Magistrate Judge." (ECF 89 at 5). Parties are directed to complete and sign no later than **Friday, July 17, 2026**, the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form available here: https://www.nysd.uscourts.gov/hon-ona-t-wang.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 14, 2026
New York, New York